UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD SPETTER, | ) | 1:05-cv-00979 OWW LJO |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, and FRANCES MIZUNO, | ) ) ) | |
| Defendants. | ) ) | |

A scheduling conference was held December 8, 2005. Defendant appeared by and through counsel Robert H. Greenfelt, Esq. Plaintiff did not appear.

Plaintiff is ordered to show cause on or before January 9, 2006, at 10:00 a.m. in Courtroom 2 why this case should not be dismissed for Plaintiff's failure to participate in the scheduling conference; failure to appear telephonically; and for violating the court's order regarding scheduling conference and

///

///

violation of its case management authority.

SO ORDERED.

DATED:  December 8, 2005.

/s/ OLIVER W. WANGER

_____
Oliver W. Wanger
**UNITED STATES DISTRICT JUDGE**

spetter v. san luis order