Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4120 Cameron Park Drive
Suite 402
Cameron Park, CA  95682
Telephone: (530) 672-5770
Facsimile:   (530) 672-5773

Attorneys for Defendant,
San Luis & Delta-Mendota Water Authority

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPETTER<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, FRANCES MIZUNO and Does 1-20<br><br>　　　　Defendants. | Case No.: 1:05-CV-00979<br><br>**ORDER ON ORDER TO SHOW CAUSE**<br><br>Date: January 6, 2006<br>Dept.: Two<br><br>Honorable Oliver W. Wanger Presiding |

　　　An Order to Show Cause herein was set for January 9, 2006, at 10:00 a.m. in courtroom two, before Judge Oliver W. Wanger.  Parties were ordered to appear in person.  Attorney Robert H. Greenfield appeared on behalf of Defendants.  Attorney T. Peterson appeared for Attorney R. Robert Monterrosa, attorney for plaintiffs.  At such time the Court accepted a declaration of Mr. Monterrosa in response to an Order to Show Cause.

　　　After hearing argument by both Mr. Greenfield and Mr. Peterson the Court entered the following Order:

　　　IT IS HEREBY ORDERED:

　　　Counsel for plaintiff, R. Robert Monterrosa, is ordered to appear at an Order to Show Cause Hearing regarding Dismissal of action and sanctions against R. Robert Monterrosa on

February 6, 2006 at 10:00 a.m. in courtroom No. 3 of this Court, at the new courthouse located at 2500 Tulare Street, Fresno, CA.

Mr. Monterrosa is to appear in person at the above said date, time and location. Counsel for defendants, Robert H. Greenfield, may appear telephonically.

At this hearing Mr. Monterrosa is to present evidence why this case should not be dismissed and/or why Mr. Monterrosa should not be sanctioned for his two (2) failures to appear at the case conferencing scheduling conferences, why he did not appear on January 9, 2006, why he has not cooperated in preparation and discussions for the joint scheduling conference statement, as required by the local rules, and why he should not be subjected to sanctions for Mr. Greenfield's expense of appearing in person on January 9, 2006, which would include travel time, hotel costs and attorney fees.

Dated: _January 20, 2006            /s/ OLIVER W. WANGER_____
                                    JUDGE OLIVER W. WANGER,
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT FOR THE
                                    EASTERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

I declare that I am employed in the County of El Dorado, California. I am over the age of eighteen years and not a party to the within cause. My business address is 4120 Cameron Park Drive, Suite 402 Cameron Park, California 95682.

On the date indicated below, I served the forgoing document described as **PROPOSED ORDER ON ORDER TO SHOW CAUSE (1/6/06)** on the interested parties in this action, in a sealed envelope addressed as follows:

R. Robert Monterrosa
Law Office of R. Robert Monterrosa
Hubbard-Upson House
1010 F Street, Third Floor
Sacramento, CA 95814

[X]  BY MAIL: I am readily familiar with Greenfield Law Firm's practice of collection and processing mail. Under the practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Cameron Park, California in the ordinary course of business. I am aware that on Motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) in the mail at Cameron Park, California. The envelope(s) was/were mailed with postage thereon fully prepaid addressed as listed above.

[ ]  FACSIMILE TRANSMISSION: On the date below, at <>a.m/p.m. from facsimile machine number (530) 672-5773, I personally transmitted to the above named person(s) to the facsimile number(s) shown below, pursuant to California Rules of Court Rules 2003-2008. A true copy of the above-described document(s) were transmitted by facsimile transmission and the transmission was reported as complete and without error.

[ ]  BY OTHER SERVICE: I caused such envelope(s) to be delivered to the office of the addressee(s) listed above by:
[ ]  Express Mail   [ ] Federal Express
[ ]  United Parcel Service

[ ]  PERSONAL SERVICE: By delivering by hand and leaving a true copy with the person(s) and/or secretary at the above listed address(es).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed and served on **January 24, 2006** at Cameron Park, California.

  /s/ Sherri Klein  
SHERRI KLEIN