Robert H. Greenfield, SBN 114500
GREENFIELD•HARDY
4120 Cameron Park Drive, Suite 402
Cameron Park, CA 95682
Telephone: (530) 672-5770
Facsimile:  (530) 672-5773

Attorneys for Defendant,
San Luis & Delta-Mendota Water Authority

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SPETTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, FRANCES MIZUNO and Does 1-20<br><br>　　　　Defendants. | Case No.: 1:05-CV-00979<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED:

That the above entitled matter is hereby dismissed in its entirety as to all parties and all causes of action with prejudice, as the matter has been settled.

Dated: _November 8, 2006                    _/s/ OLIVER W. WANGER_____
                                            HONORABLE OLIVER W. WANGER,
                                            JUDGE OF THE UNITED STATES
                                            DISTRICT COURT, EASTERN
                                            DISTRICT

PDF created with pdfFactory trial version www.pdffactory.com